MICHAEL R. LOZEAU (State Bar No. 142893)
DOUGLAS J. CHERMAK (State Bar No. 233382)
Lozeau Drury LLP
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102
Fax: (510) 749-9103 (fax)
E-mail: Michael@lozeaudrury.com
　　　　Doug@lozeaudrury.com

ANDREW L. PACKARD (State Bar No. 168690)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

SCOTT W. GORDON (State Bar No. 99716)
Law Offices of Scott W. Gordon
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596
Tel: (925) 295-3131
Fax: (925) 295-3132
E-mail: sgordon@sbcglobal.net

Attorney for Defendant
SOLANO GARBAGE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SOLANO GARBAGE COMPANY, a corporation.<br><br>　　　　Defendant. | Case No. 3:09-cv-00243-SI<br><br>**STIPULATED REQUEST TO RESCHEDULE THE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Judge: Hon. Susan Illston |

WHEREAS, on April 10, 2009, Plaintiff California Sportfishing Protection Alliance served on Defendant Solano Garbage Company (collectively referred to as the "Parties") the complaint and summons for the present matter, *California Sportfishing Protection Alliance v. Solano Garbage Company*, Case No. 3:09-cv-00243-SI, which is assigned the Honorable Susan Illston.

WHEREAS, the Joint Case Management Statement is due on April 17, 2009, just one week after the initial service, and the initial Case Management Conference is scheduled for April 24, 2009, at 2:00 pm.

WHEREAS, the Parties are presently engaging in settlement negotiations to resolve the case without proceeding forward with the litigation.

WHEREAS, the Parties agree, upon the Court's approval, to reschedule the Case Management Conference for June 12, 2009, at 2:00 pm, or at such later date that is convenient for the Court, in order to give the parties a chance to complete settlement negotiations without involving the resources of the Court.

WHEREAS, the Parties have not previously requested any time extensions in this matter.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the Parties that:

1. Subject to the Court's approval, the Case Management Conference set for April 24, 2009, be rescheduled for June 12, 2009 or on such later date that is convenient for the Court; and

2. The deadline to file the Case Management Statement be rescheduled for June 5, 2009.

WHEREFORE, the Parties respectfully request the Court to approve and enter the Order below.


Dated: April 15, 2009

                Respectfully submitted,

                LOZEAU DRURY LLP


                By: /s/ *Douglas J. Chermak*
                    DOUGLAS J. CHERMAK
                    Attorneys for Plaintiff
                    CALIFORNIA SPORTFISHING
                    PROTECTION ALLIANCE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                                                 LAW OFFICES OF SCOTT W. GORDON

                                                            By: _/s/ *Scott W. Gordon* (as authorized on 4/15/09)
                                                                          SCOTT W. GORDON
                                                                          Attorneys for Defendant
                                                                          SOLANO GARBAGE COMPANY

**[PROPOSED] ORDER**

Based on the foregoing stipulation, IT IS HEREBY ORDERED that the Case Management Conference set for April 24, 2009, is rescheduled for June 12, 2009 or such later date that is convenient for the Court. The parties shall file a case management statement by June 5, 2009. IT IS SO ORDERED.

NORTHERN DISTRICT COURT OF CALIFORNIA

Dated: _____ _____
United States District Court Judge