

**LOZEAU DRURY** LLP   T 510.749.9102   1516 Oak Street, Suite 216   www.lozeaudrury.com
F 510.749.9103   Alameda, Ca 94501   michael@lozeaudrury.com

June 1, 2008

<u>VIA FEDEX</u>

Hon. Susan Illston
United States District Court Judge
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *California Sportfishing Protection Alliance v. Solano Garbage
Company*, Case No. 3:09-cv-00243-SI

Dear Judge Illston,

The Case Management Conference in this matter is set for Friday, June 12, at 2:30 pm. I wish to request the Court that my associate, Douglas Chermak be allowed to attend the CMC on behalf of our client, California Sportfishing Protection Alliance. Mr. Chermak is co-trial counsel and working with me on the case. He will have full authority to address the issues in the forthcoming Joint Case Management Statement and enter into stipulations as required by the Case Management Conference Scheduling Order. Mr. Chermak has advised Mr. Gordon, counsel for Defendant, of this request and he authorized him to advise the Court that he has no objection.

Sincerely,

Michael R. Lozeau
Attorney for California Sportfishing Protection Alliance

cc via e-mail: Scott W. Gordon, Esq.

*(Court stamp: UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Susan Illston)*