LAW OFFICES OF

# SCOTT W. GORDON
### A PROFESSIONAL CORPORATION
1990 NORTH CALIFORNIA BLVD.  SUITE 940
WALNUT CREEK, CALIFORNIA 94596

SCOTT W. GORDON
SWGORDON@SBCGLOBAL.NET

215 W. 7TH STREET, NO. 509
LOS ANGELES, CALIFORNIA 90014

ENVIRONMENTAL, LAND USE
PUBLIC AGENCY PRACTICE

925-295-3131
FAX: 925-295-3132

June 3, 2009

*Via ECF*

Hon. Susan Illston
United States District Court Judge
Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102

Re:   *California Sportfishing Protection Alliance v. Solano Garbage Company*
Case No. 3:09-cv-00243-SI

Dear Judge Illston:

The Case Management Conference (CMC) in this matter is set for Friday, June 12, at 2:30 p.m.  Unfortunately, the date and time conflict with my daughter's graduation ceremony.  I am writing to request that my associate, Erik A. Reinertson, be allowed to attend the CMC in my place.  Mr. Reinertson is fully informed on all issues in the matter and will be authorized to speak on my behalf.  Mr. Chermak has no objection to this request, and we have endeavored to work out a mutually agreeable discovery and trial schedule for our joint statement in advance of the June 12 CMC.

Very truly yours,

Scott W. Gordon
Attorney for Solano Garbage Company

SWG:jcf
cc:   Douglas Chermak, Esq.

\* \* \*

THIS SO ORDERED.

Judge Susan Illston
United States District Court Judge