IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>        Plaintiff,<br><br>  v.<br><br>SOLANO GARBAGE COMPANY,<br><br>        Defendant.<br>_____ / | No. C 09-00243 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 25, 2009 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is June 11, 2010.

DESIGNATION OF EXPERTS: 4/2/10; REBUTTAL: 4/26/10.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is June 11, 2010.

DISPOSITIVE MOTIONS **SHALL** be filed by July 9, 2010;

   Opp. Due July 16, 2010; Reply Due July 23, 2010;

   and set for hearing no later than August 6, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: September 14, 2010 at 3:30 PM.

JURY TRIAL DATE: September 27, 2010 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The Court granted each party 50 interrogatories.
The mediation session shall occur within 60 days.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                             SUSAN ILLSTON
                                             United States District Judge